

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00694-CV

**IN THE INTEREST OF J.F., M.F., AND J.I., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00745
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

This is an appeal from the trial court's order terminating appellant's parental rights. Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). In a November 13, 2013 order, this Court gave appellant a deadline of December 3, 2013 to file his pro se brief. This Court then granted him an extension to December 23, 2013. Appellant did not timely file a pro se brief, but instead mailed a letter on January 13, 2014. In the letter, appellant requests appointment of a new court-appointed attorney, a sign-language interpreter, and another extension in which to file his brief. Appellant's motion is DENIED.

It is so **ORDERED** on January 27, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court